**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BURKE ROBINSON,

Plaintiff,

v.

FLORES, *et al.*,

Defendants.

Case No. 1:26-cv-01609 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET

(Doc. 9)

Burke Robinson asserts that he suffered violations of his civil rights while housed at the California Correctional Institution and seeks to hold defendants liable under 42 U.S.C. § 1983. (*See generally* Doc. 7.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a). (Doc. 9.) The magistrate judge found Plaintiff stated a cognizable claim for excessive force in violation of the Eighth Amendment against Defendants Chavez and Flores, but the claim failed as to other named defendants. (*Id.* at 4-5.) The magistrate judge also found Plaintiff failed to state claims for medical deliberate indifference and retaliation. (*Id.* at 5-8.) Finally, the magistrate judge determined that because Plaintiff did not allege compliance with the claims presentation requirement related to claims for assault and battery under California law, he was unable to proceed on these claims. (*Id.* at 8-9.) The magistrate judge recommended this action proceed on the identified cognizable claims, and all other claims and defendants be dismissed. (*Id.* at 9.)

The Court served the Findings and Recommendations on Plaintiff and informed him that any objections were due within 14 days. (Doc. 9 at 9.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate judge's factual findings' on appeal." (*Id.* at 9-10, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 29, 2026 (Doc. 9) are **ADOPTED** in full.
2. This action **SHALL** proceed only on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendants D. Flores and V. Chavez.
3. All other claims and defendants are **DISMISSED** for failure to state a claim.
4. Plaintiff's claims under state law are **DISMISSED** without prejudice.
5. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated: September 1, 2026

[signature]
UNITED STATES DISTRICT JUDGE