# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURKE ROBINSON,<br>Plaintiff,<br>v.<br>FLORES, *et al.*,<br>Defendants. | Case No. 1:26-cv-01609-JLT-BAM (PC)<br>ORDER GRANTING REQUEST FOR ADDITIONAL TIME FOR DEFENDANT FLORES TO SUBMIT WAIVER OF SERVICE OF PROCESS<br>(ECF No. 14) |

Plaintiff Burke Robinson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendant D. Flores and V. Chavez.

On September 2, 2026, the Court ordered electronic service on Defendants D. Flores and V. Chavez and directed the California Department of Corrections and Rehabilitation ("CDCR") to file a Notice of E-Service Waiver advising which defendant(s) would be waiving service of process without the need for personal service. (ECF No. 11.) That order also required the California Office of the Attorney General ("OAG") to file, within 30 days from the filing of the Notice of E-Service Waiver, a separate waiver of service of process for any defendant waiving service under Federal Rule of Civil Procedure 4(d)(1). (*Id.*) On September 8, 2026, CDCR returned the Notice of E-Service Waiver indicating that Defendants D. Flores and V. Chavez

intended to waive service. (ECF No. 13.) Therefore, waiver of service of process from the OAG for Defendants D. Flores and V. Chavez is due on or before October 8, 2026, and any responsive pleading is due on or before November 9, 2026. On October 7, 2026, the OAG filed a waiver of service of process for Defendant V. Chavez. (ECF No. 15.)

On October 7, 2026, counsel for the OAG, by special appearance, filed a motion requesting a thirty-day extension of time to file a waiver of service of process for Defendant Flores. (ECF No. 14.) Counsel from the OAG states that the extension is necessary to determine whether the OAG will be representing Defendant Flores in this matter. Counsel expects to have a resolution within 30 days. (*Id.*)

Having considered the request, the Court finds good cause to grant an extension of time for Defendant Flores to file a waiver of service of process. Fed. R. Civ. P. 6(b). The Court further finds that Plaintiff will not be prejudiced by the brief extension.

Accordingly, it is HEREBY ORDERED that:

1. The request for additional time for Defendant Flores to submit a waiver of service of process, (ECF No. 14), is HEREBY GRANTED.
2. Defendant Flores shall file a waiver of service of process on or before **November 9, 2026**.

IT IS SO ORDERED.

Dated: **October 8, 2026**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE