**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

BURKE ROBINSON,

Plaintiff,

v.

FLORES, et al.,

Defendants.

Case No. 1:26-cv-01609 JLT BAM

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE, DENYING DEFENDANTS' MOTION TO STAY AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 17)

Burke Robinson asserts that he suffered violations of his civil rights while housed at the Correctional Institution and seeks to hold defendants liable under 42 U.S.C. § 1983. (*See generally* Doc. 7.) After the Court issued an order finding service was appropriate, the U.S. Postal Service returned the Court's mail marked "Undeliverable, RTS, not deliverable as addressed, unable to forward." When more than 30 days passed without Plaintiff filing a notice of change of address as required by Local Rule 183(b), the magistrate judge found Plaintiff failed to prosecute this case and recommended dismissal without prejudice. (Doc. 17.)

The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 17 at 3.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of the 'rights to challenge the magistrate's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772

F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.[1] Defendants did not file objections but moved to stay the action pending review of the Findings and Recommendations on November 3, 2026. (Doc. 18.) As the Court now considers the Findings and Recommendations, there is no need for a stay and the motion is moot.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 21, 2026 (Doc. 17) are **ADOPTED** in full.
2. Defendants' motion to stay (Doc. 18) is denied as **MOOT**.
3. The action is **DISMISSED** without prejudice.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 9, 2026

UNITED STATES DISTRICT JUDGE

[1] The Court's service upon Plaintiff is deemed fully effective pursuant to Local Rule 182(f).